## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Miguel F. Oliveras Garcia, being duly sworn, depose and state:

### Introduction

1.      I am an investigative or law enforcement officer of the United States, within the meaning of Section 2510(7) of Title 18, *United States Code*, and am empowered by law to conduct investigations of and to make arrests for offenses enumerated in Section 2516 of Title 18, *United States Code*.

2.      I am a Deportation Officer (DO) with the United States Department of Homeland Security (DHS), Immigration and Customs Enforcement (ICE), Enforcement and Removal Operations (ERO). I have been employed with ICE since December 28, 2025. From July 2017 to December 2025, I served as a Task Force Officer with Homeland Security Investigations (HSI), assigned to the Public Safety Group (Gang Unit) in San Juan, Puerto Rico. On December 28, 2025, I began my tenure as a Deportation Officer with ICE/ERO. I am currently assigned to the Miami Field Office and stationed at the San Juan, Puerto Rico sub-office. I possess a total of eight years of training and experience in law enforcement, as well as five months of experience in the application of immigration and naturalization laws of the United States. As part of my duties as an ICE officer, I am responsible for identifying, locating, apprehending, and removing aliens who are in violation of the Immigration and Nationality Act (INA). Additionally, I am assigned to conduct investigations into criminal violations of U.S. immigration laws, including violations of Title 8 and Title 18 of the *United States Code*, and to ensure the removal of aliens found to be in the United States in violation of these laws.

1

3.    The facts and information contained in this affidavit are based upon my training and experience, participation in this investigation, personal knowledge and observations during this investigation, as well as the observations of other agents and police officers involved in this investigation. All observations not personally made by me were relayed to me by the individuals who made them or are based on my review of records, documents, and other physical evidence obtained during the investigation.

4.    This affidavit contains information necessary to support probable cause. It is not intended to include each and every fact and matter observed by me or known to the United States. This affidavit contains information necessary to support probable cause for a criminal complaint charging Angel Villa-Rijo (VILLA-RIJO) with violation of 8 U.S.C. § 1326(a) & (b)(2) (Reentry of Removed Alien).

### Probable Cause

5.    On May 18, 2026, Deportation Officers conducted a vehicle stop on a burgundy 2012 Nissan Frontier PRO-4X after a review of immigration database revealed the registered owner had no legal status in the United States. The passenger of the vehicle was asked to provide his name and if he had legal status in the United States. The passenger claimed his name was Angel Villa-Rijo (VILLA-RIJO) and that he had no legal status in the United States. VILLA-RIJO was detained for further processing.

6.    Agents interviewed VILLA-RIJO after advising him of his Miranda rights. VILLA-RIJO indicated he understood his rights and provided a voluntary statement to law enforcement where he related the following facts, among others.   VILLA-RIJO stated that he last entered the United States at or near Aguadilla, Puerto Rico on or about January 2025,

in a yawl type vessel. VILLA-RIJO further stated that he was not inspected or admitted by an immigration officer.

7.    As to VILLA-RIJO's immigration and criminal history, record checks revealed the following:

(a)    VILLA-RIJO is a national and citizen of the Dominican Republic.

(b)    VILLA-RIJO has used different aliases, including the following: Angel Carlos Sanjurjo, Cameleon, Ansel Villa, Pedro Correa, and Angel Sanjurjo Walker.

(c)    On November 5, 2014, VILLA-RIJO was charged under the name Angel Carlos Sanjurjo, a.k.a. "Cameleon", in the United States District Court for the District of Massachusetts, Criminal No. 14-cr-10324-PBS, with Possession with Intent to Distribute and Distribution of Heroin. On May 6, 2015, VILLA-RIJO pled guilty to Possession with Intent to Distribute and Distribution of Heroin in violation of 21 U.S.C. § 841(a)(1), an aggravated felony. On December 21, 2015, VILLA-RIJO was sentenced to 76 months of imprisonment on each count to be served concurrently and 3 years of supervised release.

(d)    On February 28, 2020, a Final Administrative Removal Order was issued against VILLA-RIJO and on March 17, 2020, VILLA-RIJO was physically removed from the United States to the Dominican Republic.

8.    Further investigation and records checks revealed that no application to request permission on Form I-212 (Application for Permission to Reapply for Admission into the United States After Deportation or Removal) had been filed on behalf of VILLA-RIJO at United States Citizenship and Immigration Services ("USCIS"). Thus, VILLA-RIJO has not obtained consent from the Secretary of Homeland Security to enter the United States, nor does he have any immigration documents allowing him to legally enter and/or remain in the United States.

9.    The investigation has revealed that VILLA-RIJO, a national and citizen of the Dominican Republic, was found in the United States after been previously removed from the United States. VILLA-RIJO was not admitted, inspected, or paroled into the United

3

States by an immigration officer, nor did VILLA-RIJO present himself at a designed port of entry for inspection.

## Conclusion

10.     Based on the facts contained herein, there is probable cause to believe that VILLA-RIJO committed the following Federal offense: 8 U.S.C. § 1326(a) & (b)(2) (Reentry of Removed Alien).

I hereby declare, under penalty of perjury, that the foregoing is true and correct to the best of my knowledge.


Miguel F. Oliveras Garcia
Deportation Officer
U.S. Immigration and Customs Enforcement
Enforcement and Removal Operations


Sworn in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone at 5:42 p.m. on the 20th day of May, 2026.

Marcos E. López
Magistrate Judge
United States District Court
District of Puerto Rico